UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEC TABAK

                              Plaintiff,

    -against-                                       20-cv-4188 (LAK)

THE CULTURE TRIP (USA), INC.

                              Defendant(s).
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff in this action has been represented by Richard Liebowitz, Esq. and another attorney in his firm. On November 25, 2020, this Court's Committee on Grievances suspended Mr. Liebowitz from practicing law in the Southern District of New York pending the outcome of disciplinary proceedings against him and further order of this Court.

        Accordingly, this action is stayed until January 4, 2021 to permit plaintiff, if plaintiff wishes to do so, to engage new counsel. In the event new counsel does not appear on behalf of plaintiff by that date, the action may continue with plaintiff represented by that other attorney or plaintiff may represent him-, her-, or itself pending the appearance of new counsel.

        Mr. Liebowitz is hereby directed to serve a copy of this order on the plaintiff and to file an affidavit of service thereof with the Clerk no later than December 4, 2020.

        SO ORDERED.

Dated:    November 30, 2020

                                                       /s/ Lewis A. Kaplan
                                                       Lewis A. Kaplan
                                                     United States District Judge